Eastern District of Kentucky
**FILED**

NOV 22 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 7:24-CR-021-DCR

**JOSHUA VAJDA**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 841(a)(1)

On or about August 27, 2024, in Floyd County, in the Eastern District of Kentucky,

**JOSHUA VAJDA**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about September 12, 2024, in Floyd County, in the Eastern District of Kentucky,

**JOSHUA VAJDA**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21

U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about September 12, 2024, in Floyd County, in the Eastern District of Kentucky,

**JOSHUA VAJDA**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 18 U.S.C. § 924(c)(1)(A)

On or about September 12, 2024, in Floyd County, in the Eastern District of Kentucky,

**JOSHUA VAJDA**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 3, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 5
### 18 U.S.C. § 922(g)(1)

On or about September 12, 2024, in Floyd County, in the Eastern District of Kentucky,

**JOSHUA VAJDA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed firearms, to wit: a (1) Phoenix Arms, model HP22A, .22LR caliber, semi-automatic handgun with serial number 4548586; (2) Jimenez Arms Inc, model JA Nine, 9mm caliber, semi-automatic handgun with serial number 398759; (3) Taurus, model G3c, .40 S&W caliber, semi-automatic handgun with serial number AEE381367; (4) SCCY Industries, model CPX-1, 9mm caliber, semi-automatic handgun with serial number C102877; (5) Jennings Firearms Inc., model J-22, .22LR caliber, semi-automatic handgun with serial number 166476; and (6) Cobra, model CB9, 9mm caliber, derringer style handgun with serial number CT073026, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, and 3 of the Indictment, **JOSHUA VAJDA** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **JOSHUA VAJDA** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 4 and 5 of the Indictment, **JOSHUA VAJDA** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C.

§§ 922 and 924. Any and all interest that **JOSHUA VAJDA** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**

$ 4,534.00 in United States currency.

**FIREARMS AND AMMUNITION:**

a. Phoenix Arms, model HP22A, .22LR caliber, semi-automatic handgun with serial number 4548586;
b. Jimenez Arms Inc, model JA Nine, 9mm caliber, semi-automatic handgun with serial number 398759;
c. Taurus, model G3c, .40 S&W caliber, semi-automatic handgun with serial number AEE381367;
d. SCCY Industries, model CPX-1, 9mm caliber, semi-automatic handgun with serial number C102877;
e. Jennings Firearms Inc., model J-22, .22LR caliber, semi-automatic handgun with serial number 166476;
f. Cobra, model CB9, 9mm caliber, derringer style handgun with serial number CT073026; and
g. Various rounds of ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 and 2:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### COUNT 3:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 4:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 5:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.